# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-1069

———————————————

LLOYD K NORMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

November 27, 2024

PER CURIAM.

AFFIRMED. *See Holton v. State*, 318 So. 3d 654, 657–58 (Fla. 1st DCA 2021) (acknowledging that the trial court failed to make written findings on whether the appellant posed a danger to the community, as required by section 948.06(8)(e), Florida Statutes, but rejecting the claim because of the appellant's failure to preserve it by filing a motion pursuant to Florida Rule of Criminal Procedure 3.800(b)).

OSTERHAUS, C.J., and LEWIS and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jessica J. Yeary, Public Defender, and Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.